IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

**CRIMINAL MINUTES: Change of Plea**

USA vs   Brandon Isaiah Otey                              DATE   06/30/20

Case No.   CR-2-19-96(28)        Time  1:26 p.m.          To   2:05 p.m.

================================================================================

Honorable J. Ronnie Greer, U. S. District Judge, Presiding

| Kathy Hopson | Karen Bradley | Tom McCauley |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

================================================================================

| DEFENDANT(s) | DEFENSE ATTORNEY(s) |
|---|---|
| Brandon Isaiah Otey | Nick Wallace |

**PROCEEDINGS:**

Defendant(s) Sworn

Court questions defendant(s) regarding physical and mental conditions and advises defendant of nature and possible consequences of plea

Indictment/reading waived

Motion of deft to change plea

Plea of Guilty to Count(s)  **1 *(lesser included offense)*** - Accepted

Plea Agreement filed on **05/22/20 [Doc. 304]**

PSI report requested

Remanded to custody of USM

Plea Agreement Taken Under Advisement

**SENTENCING DATE:  October 26, 2020 @ 9:00 a.m.   Before Honorable J. Ronnie Greer**