UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:19-CR-096-028 |
| ) | JUDGE GREER |
| BRANDON ISAIAH OTEY ) | |

## MOTION TO CONDUCT SENTENCING HEARING BY VIDEOCONFERENCE

Brandon Otey, by counsel, moves the Court to conduct his currently scheduled Sentencing Hearing by Video Conference. In support of this motion, defendant states and shows as follows:

1. Mr. Otey is currently scheduled for Sentencing before this Honorable Court on October 26, 2020, at 10:30AM.

2. Pursuant to the CARES Act, H.R. 748 and this Court's Standing Order, SO-20-08, the Court is allowing a defendant to appear via video-conferencing for various hearings, including a sentencing hearing during the midst of the ongoing global pandemic caused by COVID-19.

3. Mr. Otey understands his right to have an in-person hearing, but consents to appearing at his Sentencing Hearing via video conference. An executed consent form is attached to this Motion as Exhibit A.

4. Mr. Otey is currently in custody at Southwest Virginia Regional Jail in Abingdon, Virginia, which is capable of accommodating video conferencing.

In consideration of the foregoing, counsel for the defendant requests that the Sentencing Hearing on October 26, 2020, be conducted via video conference.

RESPECTFULLY SUBMITTED:

FEDERAL DEFENDER SERVICES OF
EASTERN TENNESSEE, INC.

<pre>
                    BY:   s/ *G. Nicholas Wallace*
                          G. Nicholas Wallace
                          ASB No. 6992D56F
                          Federal Defender Services
                          219 West Depot Street, Suite 2
                          Greeneville, TN  37743
                          (423) 636-1301
</pre>

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2020, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

<pre>
                          s/ *G. Nicholas Wallace*
</pre>

2