UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:19-CR-96 |
| | ) | JUDGE GREER |
| BRANDON ISAIAH OTAY | ) | |

MOTION FOR LEAVE
TO FILE DOCUMENT UNDER SEAL

COMES NOW the United States of America, by and through the United States Attorney for the Eastern District of Tennessee, and moves the Court to allow the United States' Motion for Downward Departure and Sentencing Memorandum to be filed under seal in the above-referenced matter.

Respectfully submitted,

J. DOUGLAS OVERBEY
United States Attorney

By: *s/ Thomas McCauley*
Thomas McCauley TN Bar# 035250
Assistant United States Attorney
220 W. Depot Street, Suite 423
Greeneville, Tennessee 37743
(423) 639-6759
Thomas.McCauley@usdoj.gov