IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| v. | ) No. 2:19–CR–96 |
| | ) |
| BRANDON OTEY | ) |

ORDER

Defendant's Motion for Leave to File Document under Seal, [Doc. 497], and the United States' Motion for Leave to File Document under Seal, [Doc. 501], are GRANTED. Similarly, Defendant's Motion to Conduct Sentencing Hearing via Videoconference, [Doc. 499], is GRANTED.

So ordered.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE