# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

## CRIMINAL MINUTES: *SENTENCING*

USA vs **BRANDON ISAIAH OTEY**　　　Date: **October 26, 2020**

Case No. **2:19-CR-96-028**　　　Time **10:30 a.m.** to **11:00 a.m.**

Honorable **J., Ronnie Greer**, U.S. District Judge, Presiding

| Leah Kingry | Lynda Clark | Thomas A. McCauley |
|---|---|---|
| **Courtroom Deputy** | **Court Reporter** | **Assist. U.S. Attorney** |

**Defendant**　　　　　　　　　　　　　　　　　　　　　　　**Defense Attorney**

Brandon Isaiah Otey　　　　　　　　　　　　　　　　　　G. Nicholas Wallace

Nathan T. Wolfe
**Probation Officer**　　　　　　　　　　　　　　　　　　　**Interpreter**

- [✓] **Defendant given opportunity to speak and** [✓] speaks　[ ] declined to speak
- [✓] **Govt. Motion SEALED** [✓] granted　[ ] denied
- [ ] **Defense Motion for downward departure** [ ] granted　[ ] denied
- [ ] **Govt. moves for third point reduction for acceptance of responsibility** [ ] granted [ ] denied
- [✓] **COURT PRONOUNCES JUDGMENT:**

The defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of **84 months** as to **the Lesser Included Offense as to Count One** of the Indictment. This sentence shall run **concurrently** with any sentence that may be imposed in Sullivan County, Tennessee, Criminal Court Docket Number S71219. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of **five (5) years.** The defendant shall not commit another federal, state, or local crime; shall comply with the standard conditions that have been adopted by this Court in Local Rule 83.10; and shall not illegally possess a controlled substance. The defendant shall not possess any ammunition, a firearm, destructive device or any other dangerous weapon. The defendant shall cooperate in the collection of DNA. The defendant shall comply with the special conditions set forth in the J&C.

- [✓] **Special Assessment:** $100.00
- [ ] **Fine:**　　　[ ] waived　[ ] due
- [ ] **Restitution:**
- [ ] **Joint/Several:**

☐ **Interest on Restitution:** ☐ due ☐ waived

☑ **Court Recommends:**

The Court will recommend that the defendant receive 500 hours of substance abuse treatment from the Bureau of Prisons Institution Residential Drug Abuse Treatment Program. In addition, the Court will recommend that the defendant be afforded a full range of educational classes and vocational programs offered by the Bureau of Prisons. Furthermore, the Court will recommend that the defendant undergo a complete mental health evaluation, with appropriate treatment, while serving a term of imprisonment. The Court will further recommend that the defendant undergo a complete physical health examination, with appropriate treatment, while serving a term of imprisonment. The Court will further recommend the defendant be given credit for time served since his arrest on April 4, 2019. The Court will recommend that the defendant not be housed at the same BOP facility as co-defendant, William Roger Woodie (2:19-cr-96-001) and, if that is not possible, that the defendant not be allowed to have contact with co-defendant, William Roger Woodie. Lastly, the Court will recommend the defendant be designated to the BOP facility at Beckley, WV or Butner, NC.

☑

☐ **Placed in custody of U.S. Marshal**

☐ **Defendant to self-report upon notice of the U.S. Marshal**

**Defendant to remain released on current bond and conditions**